# Exhibit 2

ATTORNEY WORK PRODUCT
PRIVILEGED AND HIGHLY CONFIDENTIAL



# Claim Chart

Patent No.: U.S. Patent No.
6,851,015
Date: August 04, 2021



ATTORNEY WORK PRODUCT
PRIVILEGED AND HIGHLY CONFIDENTIAL



# Table of Contents

1. Introduction                                           3
2. Claim Chart                                            5
3. List of References                                     33

ATTORNEY WORK PRODUCT
PRIVILEGED AND HIGHLY CONFIDENTIAL



# 1. Introduction

Copperpod IP provides technology due diligence and intellectual property analysis to corporations and attorneys. Our team of engineers analyzes complex technology and trends to deliver key evidence that drive mergers & acquisitions, intellectual property transactions, licensing and litigation. Our services include:

- M&A Due Diligence
- Patent Litigation
  - o  Infringement Analysis
  - o  Source Code Review
  - o  Reverse Engineering
  - o  Invalidity Rebuttals
- Patent Licensing
  - o  Patent Drafting and Dockets
  - o  Portfolio Mining and Analysis
  - o  Evidence of Use Monitoring

This document provides a claim chart showing overlap between claim 7 of US Patent No. 6,851,015 and Patriot Memory.

ATTORNEY WORK PRODUCT
PRIVILEGED AND HIGHLY CONFIDENTIAL



| | |
|---|---|
| Publication Number: | **US6,851,015** |
| Title: | Method of overwriting data in nonvolatile memory and a control apparatus used for the method |
| Assignee: | Intellectual Ventures Assets 152 LLC |
| Priority Date: | 2001-05-22 |
| Filing Date: | 2002-05-20 |
| Inventors: | Fumihiko Akahane, Tsutomu Baba |
| Abstract: | In a nonvolatile memory such as flash memory where data is stored sector by sector, a method of overwriting a data sector is provided. The old data to be overwritten in a data sector along with its error detection code are initially saved to a backup region which is also in a non-volatile area. The old data in the data sector is then erased and new data along with its own error detection code are written into the same data sector where the old data was previously stored. When a power outage occurs during the overwrite process, error checking is performed to determine whether the data in the data sector is valid using the associated error detection code. Because the old data is saved in a non-volatile area, even if such unexpected power outage occurs during the overwrite process and the data in the data sector is determined to be invalid, at least the old data can be recovered from the non-volatile backup region which is not affected by the power outage. |

ATTORNEY WORK PRODUCT
PRIVILEGED AND HIGHLY CONFIDENTIAL



## 2. Claim Chart

| Claim | Analysis |
|---|---|
| [7.1] A method of overwriting pre-overwrite data stored in a nonvolatile memory with post-overwrite data in which data is stored sector by sector, comprising: | To the extent the preamble is limiting, Patriot Memory ("Defendant") performs and induces others to perform a method of overwriting pre-overwrite data stored in a nonvolatile memory with post-overwrite data in which data is stored sector by sector.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Defendant provides VIPER GAMING VP4100 SSD[1] memory devices to read and write data stored therein. It makes use of Garbage Collection feature along with TRIM command to write to a memory block ("nonvolatile memory") that has already been used. It uses a Phison E16 Series Controller which provides support for TRIM. VIPER GAMING VP4100 SSD copies all valid data ("pre-overwrite data") and writes it to empty pages of a different memory block, erases all the data (both valid and invalid data) in the current block and then starts writing new data ("post-overwrite data") to the erased memory block. |

[1] While VIPER GAMING VP4100 SSD has been used as an exemplary infringing product, SSD drives including but not limited to Viper VP4300 SSDs, Viper Gaming VPR100 SSDs, Patriot Viper VPN100 SSDs, Patriot Burst Solid-State Drive, Patriot P300 SSDs, Patriot PXD SSDs, and/or Patriot Burst Elite SATA III SSDs as well as variants (be it form factor or different storage capacity) and versions of these products have same functionality. The presently charted exemplary infringing product is representative for purposes of illustrating infringement of the other SSD drives.

ATTORNEY WORK PRODUCT
PRIVILEGED AND HIGHLY CONFIDENTIAL





Source: https://store.patriotmemory.com/collections/solid-state-drives/products/vp4100-m-2-2280-pcie-gen4-x-4-solid-state-drive?variant=16428373114929

6

ATTORNEY WORK PRODUCT
PRIVILEGED AND HIGHLY CONFIDENTIAL







**PATRIOT Viper Gaming VP4100 2TB M.2 2280**

**PCIe Gen4 x 4 Solid State Drive**

Demolish your rivals at hypersonic speed with Patriot Viper's VP4100! Assembled with Phison's powerful E16 controller to provide extraordinary dependability across graphic-heavy tasks and premium action-packed gaming sessions. With it's 2280 M.2 PCIe Gen4 x 4 interface, VP4100 is taking incredible start-up times, immediate access, and solid multitasking to the next phase of SSD evolution.

Advance your gameplay and obliterate the final boss in slick style with VP4100's maximized reliable, low-profile, easy-to-install PCIe solid state drive. The dynamic external thermal sensor provides exact temperature reports for exceptional performance and dominating efficiency throughout intensive gaming marathons and insane workloads.

Supported by Patriot's 5 year warranty, VP4100 is also compatible with the latest Windows® operating systems, 7*/8.0*/8.1/10. The ultimate upgrade you can trust with for turbo speed and excellent performance to increase your strategic edge up the competitive ranks.

## PRODUCT INFORMATION

| | |
|---|---|
| PATRIOT INV. NUMBER: | VP4100-2TBM28H |
| DESCRIPTION: | VP4100 2TB M.2 2280 PCIe Gen4 x 4 SSD |
| CERTIFICATIONS/SAFETY: | CE/FCC/RoHS |
| PRODUCT WARRANTY: | 5 Year Warranty |
| UNIT UPC: | 0814914026311 |
| UNIT WEIGHT: | 0.05 lbs/ 25 gm |
| UNIT DIMENSIONS: | 3.15"(L) x 0.87"(W) x 0.31"(H) 8 cm(L) x 2.2 cm(W) x 0.8 cm(H) |
| PACKAGING TYPE: | Retail Box |
| PACKAGING WEIGHT: | 0.09 lbs/ 45 gm |

## FEATURES:

- Phison E16 Series Controller
- 2280 M.2 PCIe Gen4 x 4, NVMe 1.3
- DRAM Cache: 2GB
- External Thermal sensor
- Low profile heatshield design
- Advanced Wear Leveling
- Operating Temperature: 0 ~ 70°C
- TBW: 3600TB
- 4K Aligned Random Read: up to 800K IOPs
- 4K Aligned Random Write: up to 800K IOPs
- Sequential Read (ATTO): up to 4,700MB/s
- Sequential Write (ATTO): up to 4,200MB/s
- Sequential Read (CDM): up to 5,000MB/s

Source:
https://assets.website-files.com/5cdb2ee0b102f96c3906500f/5f04ca8e5d63ea28a483908d_VP4100-2TBM28H_Sku%20Sheet_Copyable_070720.pdf, Page 1

ATTORNEY WORK PRODUCT
PRIVILEGED AND HIGHLY CONFIDENTIAL



The E16 is built on a 28nm process node, just like the E12 before it. Actually, the E12 and E16 are very similar. Phison built the E16 on the E12's design, so features like end-to-end data protection and thermal monitoring are included. The E16 controller supports AES-256, TCG OPAL 2.0 and Pyrite encryption features as well as S.M.A.R.T. data reporting, Trim, and the Format NVMe command to securely wipe data. In essence, the controller uses the E12's back end paired with a faster PCIe 4.0 PHY, Phison's 4th Gen LDPC ECC engine, and some improved NAND IP. So, while the PHY is new, there aren't a lot of changes to compute capabilities: Most of the innovation is in the code.

Source: https://www.tomshardware.com/reviews/phison-pcie-4.0-ssd-amd-ryzen-3000,6173.html

8

ATTORNEY WORK PRODUCT
PRIVILEGED AND HIGHLY CONFIDENTIAL





Source: https://www.tomshardware.com/reviews/patriot-viper-vp4100-m2-nvme-ssd

ATTORNEY WORK PRODUCT
PRIVILEGED AND HIGHLY CONFIDENTIAL



| | |
|---|---|
| | Garbage collection manages and maintains the available storage space, handling the disparity between the erase unit size (block) and the read/write unit size (page). When a previously written block is targeted for garbage collection, the valid data pages are gathered up and moved to another block on the SSD so that the block containing the old, invalid data pages can be erased. Garbage collection may wait for lulls in drive activity to initiate the process, sometimes leaving pages that are obsolete in the SSD.

SSD TRIM is complementary to garbage collection. The TRIM command enables the operating system (OS) to preemptively notify the SSD which data pages in a particular block can be erased, allowing the SSD's controller to more efficiently manage the storage space available for data. TRIM eliminates any unnecessary copying of discarded or invalid data pages during the garbage collection process to save time and improve SSD performance.

Source: https://searchstorage.techtarget.com/definition/TRIM

## Garbage Collection Helps SSDs Maintain Fast Read/Write Speeds

The goal of garbage collection is to keep as many empty blocks as possible, so that when the SSD needs to write data, it can do so without waiting for a block to be erased.

The SSD's controller looks for any pages that are no longer useful — pages that the operating system has marked as unnecessary (deleted data, modified data, and the like). It then moves useful pages to new blocks, leaving behind the old, unnecessary pages. The controller then erases the block so that it's ready for use.

Source: https://datarecovery.com/rd/garbage-collection-ssd-simple-explanation/

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [7.2] providing in | Defendant performs and induces others to perform providing in a non-volatile memory |

ATTORNEY WORK PRODUCT
PRIVILEGED AND HIGHLY CONFIDENTIAL



| a non-volatile memory a backup region and a data region having a plurality of data sectors in which a plurality of pre-overwrite data are stored, the backup region and data region being both provided in the non-volatile memory | a backup region and a data region having a plurality of data sectors in which a plurality of pre-overwrite data are stored, the backup region and data region being both provided in the non-volatile memory.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Defendant's VIPER GAMING VP4100 SSD provides a non-volatile memory comprising data sectors to store the data ("pre-overwrite data"). The non- volatile memory comprises two regions- first region ("data region") where all the new data is written provided the pre-existing data is erased and the second region ("backup region") where all the erased data from the first region is written using Garbage Collection and TRIM command. |

ATTORNEY WORK PRODUCT
PRIVILEGED AND HIGHLY CONFIDENTIAL





**PATRIOT Viper Gaming VP4100 2TB M.2 2280**

**PCIe Gen4 x 4 Solid State Drive**

Demolish your rivals at hypersonic speed with Patriot Viper's VP4100! Assembled with Phison's powerful E16 controller to provide extraordinary dependability across graphic-heavy tasks and premium action-packed gaming sessions. With it's 2280 M.2 PCIe Gen4 x 4 interface, VP4100 is taking incredible start-up times, immediate access, and solid multitasking to the next phase of SSD evolution.

Advance your gameplay and obliterate the final boss in slick style with VP4100's maximized reliable, low-profile, easy-to-install PCIe solid state drive. The dynamic external thermal sensor provides exact temperature reports for exceptional performance and dominating efficiency throughout intensive gaming marathons and insane workloads.

Supported by Patriot's 5 year warranty, VP4100 is also compatible with the latest Windows® operating systems, 7°/8.0°/8.1/10. The ultimate upgrade you can trust with for turbo speed and excellent performance to increase your strategic edge up the competitive ranks.



## PRODUCT INFORMATION

| | |
|---|---|
| PATRIOT INV. NUMBER: | VP4100-2TBM28H |
| DESCRIPTION: | VP4100 2TB M.2 2280 PCIe Gen4 x 4 SSD |
| CERTIFICATIONS/SAFETY: | CE/FCC/RoHS |
| PRODUCT WARRANTY: | 5 Year Warranty |
| UNIT UPC: | 0814914026311 |
| UNIT WEIGHT: | 0.05 lbs/ 25 gm |
| UNIT DIMENSIONS: | 3.15"(L) x 0.87"(W) x 0.51"(H)  8 cm(L) x 2.2 cm(W) x 0.8 cm(H) |
| PACKAGING TYPE: | Retail Box |
| PACKAGING WEIGHT: | 0.09 lbs/ 45 gm |

## FEATURES:

- Phison E16 Series Controller
- 2280 M.2 PCIe Gen4 x 4, NVMe 1.3
- DRAM Cache: 2GB
- External Thermal sensor
- Low profile heatshield design
- Advanced Wear Leveling
- Operating Temperature: 0 ~ 70°C
- TBW: 3600TB
- 4K Aligned Random Read: up to 800K IOPs
- 4K Aligned Random Write: up to 800K IOPs
- Sequential Read (ATTO): up to 4,700MB/s
- Sequential Write (ATTO): up to 4,200MB/s
- Sequential Read (CDM): up to 5,000MB/s

Source:
https://assets.website-files.com/5cdb2ee0b102f96c3906500f/5f04ca8e5d63ea28a483908d_VP4100-2TBM28H_Sku%20Sheet_Copyable_070720.pdf, Page 1

12

ATTORNEY WORK PRODUCT
PRIVILEGED AND HIGHLY CONFIDENTIAL



| | |
|---|---|
| | The E16 is built on a 28nm process node, just like the E12 before it. Actually, the E12 and E16 are very similar. Phison built the E16 on the E12's design, so features like end-to-end data protection and thermal monitoring are included. The E16 controller supports AES-256, TCG OPAL 2.0 and Pyrite encryption features as well as S.M.A.R.T. data reporting, Trim, and the Format NVMe command to securely wipe data. In essence, the controller uses the E12's back end paired with a faster PCIe 4.0 PHY, Phison's 4th Gen LDPC ECC engine, and some improved NAND IP. So, while the PHY is new, there aren't a lot of changes to compute capabilities: Most of the innovation is in the code.<br><br>Source: https://www.tomshardware.com/reviews/phison-pcie-4.0-ssd-amd-ryzen-3000,6173.html |

13

ATTORNEY WORK PRODUCT
PRIVILEGED AND HIGHLY CONFIDENTIAL





Source: https://www.tomshardware.com/reviews/patriot-viper-vp4100-m2-nvme-ssd

14

ATTORNEY WORK PRODUCT
PRIVILEGED AND HIGHLY CONFIDENTIAL



| | |
|---|---|
| | Garbage collection manages and maintains the available storage space, handling the disparity between the erase unit size (block) and the read/write unit size (page). When a previously written block is targeted for garbage collection, the valid data pages are gathered up and moved to another block on the SSD so that the block containing the old, invalid data pages can be erased. Garbage collection may wait for lulls in drive activity to initiate the process, sometimes leaving pages that are obsolete in the SSD.<br><br>SSD TRIM is complementary to garbage collection. The TRIM command enables the operating system (OS) to preemptively notify the SSD which data pages in a particular block can be erased, allowing the SSD's controller to more efficiently manage the storage space available for data. TRIM eliminates any unnecessary copying of discarded or invalid data pages during the garbage collection process to save time and improve SSD performance.<br><br>Source: https://searchstorage.techtarget.com/definition/TRIM<br><br>## Garbage Collection Helps SSDs Maintain Fast Read/Write Speeds<br><br>The goal of garbage collection is to keep as many empty blocks as possible, so that when the SSD needs to write data, it can do so without waiting for a block to be erased.<br><br>The SSD's controller looks for any pages that are no longer useful — pages that the operating system has marked as unnecessary (deleted data, modified data, and the like). It then moves useful pages to new blocks, leaving behind the old, unnecessary pages. The controller then erases the block so that it's ready for use.<br><br>Source: https://datarecovery.com/rd/garbage-collection-ssd-simple-explanation/<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [7.3] copying the pre-overwrite | Defendant performs and induces others to perform copying the pre-overwrite data stored in one of the data sectors along with an error detection code for the pre- |

ATTORNEY WORK PRODUCT
PRIVILEGED AND HIGHLY CONFIDENTIAL



| data stored in one of the data sectors along with an error detection code for the pre-overwrite data to the backup region; | overwrite data to the backup region.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Defendant's VIPER GAMING VP4100 SSD uses Garbage Collection along with TRIM command which copies all valid data ("pre-overwrite data") and writes it to empty pages of a different memory block ("data sectors") of second region ("backup region") along with error correction code to detect and correct errors if any. |
| --- | --- |

ATTORNEY WORK PRODUCT
PRIVILEGED AND HIGHLY CONFIDENTIAL







**PATRIOT Viper Gaming VP4100 2TB M.2 2280 PCIe Gen4 x 4 Solid State Drive**

Demolish your rivals at hypersonic speed with Patriot Viper's VP4100! Assembled with Phison's powerful E16 controller to provide extraordinary dependability across graphic-heavy tasks and premium action-packed gaming sessions. With it's 2280 M.2 PCIe Gen4 x 4 interface, VP4100 is taking incredible start-up times, immediate access, and solid multitasking to the next phase of SSD evolution.

Advance your gameplay and obliterate the final boss in slick style with VP4100's maximized reliable, low-profile, easy-to-install PCIe solid state drive. The dynamic external thermal sensor provides exact temperature reports for exceptional performance and dominating efficiency throughout intensive gaming marathons and insane workloads.

Supported by Patriot's 5 year warranty, VP4100 is also compatible with the latest Windows® operating systems, 7*/8.0*/8.1/10. The ultimate upgrade you can trust with for turbo speed and excellent performance to increase your strategic edge up the competitive ranks.

## PRODUCT INFORMATION

| | |
|---|---|
| PATRIOT INV. NUMBER: | VP4100-2TBM28H |
| DESCRIPTION: | VP4100 2TB M.2 2280 PCIe Gen4 x 4 SSD |
| CERTIFICATIONS/SAFETY: | CE/FCC/RoHS |
| PRODUCT WARRANTY: | 5 Year Warranty |
| UNIT UPC: | 0814914026311 |
| UNIT WEIGHT: | 0.05 lbs/ 25 gm |
| UNIT DIMENSIONS: | 3.15"(L) x 0.87"(W) x 0.51"(H) 8 cm(L) x 2.2 cm(W) x 0.8 cm(H) |
| PACKAGING TYPE: | Retail Box |
| PACKAGING WEIGHT: | 0.09 lbs/ 45 gm |

## FEATURES:

- Phison E16 Series Controller
- 2280 M.2 PCIe Gen4 x 4, NVMe 1.3
- DRAM Cache: 2GB
- External Thermal sensor
- Low profile heatshield design
- Advanced Wear Leveling
- Operating Temperature: 0 ~ 70°C
- TBW: 3600TB
- 4K Aligned Random Read: up to 800K IOPs
- 4K Aligned Random Write: up to 800K IOPs
- Sequential Read (ATTO): up to 4,700MB/s
- Sequential Write (ATTO): up to 4,200MB/s
- Sequential Read (CDM): up to 5,000MB/s

Source:
https://assets.website-files.com/5cdb2ee0b102f96c3906500f/5f04ca8e5d63ea28a483908d_VP4100-2TBM28H_Sku%20Sheet_Copyable_070720.pdf, Page 1

17

ATTORNEY WORK PRODUCT
PRIVILEGED AND HIGHLY CONFIDENTIAL



The E16 is built on a 28nm process node, just like the E12 before it. Actually, the E12 and E16 are very similar. Phison built the E16 on the E12's design, so features like end-to-end data protection and thermal monitoring are included. The E16 controller supports AES-256, TCG OPAL 2.0 and Pyrite encryption features as well as S.M.A.R.T. data reporting, Trim, and the Format NVMe command to securely wipe data. In essence, the controller uses the E12's back end paired with a faster PCIe 4.0 PHY, Phison's 4th Gen LDPC ECC engine, and some improved NAND IP. So, while the PHY is new, there aren't a lot of changes to compute capabilities: Most of the innovation is in the code.

Source: https://www.tomshardware.com/reviews/phison-pcie-4.0-ssd-amd-ryzen-3000,6173.html

ATTORNEY WORK PRODUCT
PRIVILEGED AND HIGHLY CONFIDENTIAL





Source: https://www.tomshardware.com/reviews/patriot-viper-vp4100-m2-nvme-ssd

ATTORNEY WORK PRODUCT
PRIVILEGED AND HIGHLY CONFIDENTIAL





Source:       https://www.phison.com/en/technologies-gen4/pcie-gen4-awareness/1149-ps5016-e16

ATTORNEY WORK PRODUCT
PRIVILEGED AND HIGHLY CONFIDENTIAL



Garbage collection manages and maintains the available storage space, handling the disparity between the erase unit size (block) and the read/write unit size (page). When a previously written block is targeted for garbage collection, the valid data pages are gathered up and moved to another block on the SSD so that the block containing the old, invalid data pages can be erased. Garbage collection may wait for lulls in drive activity to initiate the process, sometimes leaving pages that are obsolete in the SSD.

SSD TRIM is complementary to garbage collection. The TRIM command enables the operating system (OS) to preemptively notify the SSD which data pages in a particular block can be erased, allowing the SSD's controller to more efficiently manage the storage space available for data. TRIM eliminates any unnecessary copying of discarded or invalid data pages during the garbage collection process to save time and improve SSD performance.

Source: https://searchstorage.techtarget.com/definition/TRIM

### Garbage Collection Helps SSDs Maintain Fast Read/Write Speeds

The goal of garbage collection is to keep as many empty blocks as possible, so that when the SSD needs to write data, it can do so without waiting for a block to be erased.

The SSD's controller looks for any pages that are no longer useful — pages that the operating system has marked as unnecessary (deleted data, modified data, and the like). It then moves useful pages to new blocks, leaving behind the old, unnecessary pages. The controller then erases the block so that it's ready for use.

Source: https://datarecovery.com/rd/garbage-collection-ssd-simple-explanation/

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

ATTORNEY WORK PRODUCT
PRIVILEGED AND HIGHLY CONFIDENTIAL



| [7.4] erasing the pre-overwrite data stored in the one data sector; and | Defendant performs and induces others to perform erasing the pre-overwrite data stored in the one data sector. |
| --- | --- |
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, Defendant's VIPER GAMING VP4100 SSD uses Garbage Collection along with TRIM command and after the copying process, erases all the valid data ("pre-overwrite data") along with the invalid data to free up the space for writing new data. |

ATTORNEY WORK PRODUCT
PRIVILEGED AND HIGHLY CONFIDENTIAL







**PATRIOT  Viper Gaming  VP4100 2TB M.2 2280**

**PCIe Gen4 x 4 Solid State Drive**

Demolish your rivals at hypersonic speed with Patriot Viper's VP4100! Assembled with Phison's powerful E16 controller to provide extraordinary dependability across graphic-heavy tasks and premium action-packed gaming sessions. With it's 2280 M.2 PCIe Gen4 x 4 interface, VP4100 is taking incredible start-up times, immediate access, and solid multitasking to the next phase of SSD evolution.

Advance your gameplay and obliterate the final boss in slick style with VP4100's maximized reliable, low-profile, easy-to-install PCIe solid state drive. The dynamic external thermal sensor provides exact temperature reports for exceptional performance and dominating efficiency throughout intensive gaming marathons and insane workloads.

Supported by Patriot's 5 year warranty, VP4100 is also compatible with the latest Windows® operating systems, 7*/8.0*/8.1/10. The ultimate upgrade you can trust with for turbo speed and excellent performance to increase your strategic edge up the competitive ranks.

## PRODUCT INFORMATION

| | |
|---|---|
| PATRIOT INV. NUMBER: | VP4100-2TBM28H |
| DESCRIPTION: | VP4100 2TB M.2 2280 PCIe Gen4 x 4 SSD |
| CERTIFICATIONS/SAFETY: | CE/FCC/RoHS |
| PRODUCT WARRANTY: | 5 Year Warranty |
| UNIT UPC: | 0814914026311 |
| UNIT WEIGHT: | 0.05 lbs/ 25 gm |
| UNIT DIMENSIONS: | 3.15"(L) x 0.87"(W) x 0.51"(H) 8 cm(L) x 2.2 cm(W) x 0.8 cm(H) |
| PACKAGING TYPE: | Retail Box |
| PACKAGING WEIGHT: | 0.09 lbs/ 45 gm |

## FEATURES:

- Phison E16 Series Controller
- 2280 M.2 PCIe Gen4 x 4, NVMe 1.3
- DRAM Cache: 2GB
- External Thermal sensor
- Low profile heatshield design
- Advanced Wear Leveling
- Operating Temperature: 0 – 70°C
- TBW: 3600TB
- 4K Aligned Random Read: up to 800K IOPs
- 4K Aligned Random Write: up to 800K IOPs
- Sequential Read (ATTO): up to 4,700MB/s
- Sequential Write (ATTO): up to 4,200MB/s
- Sequential Read (CDM): up to 5,000MB/s

Source:
https://assets.website-files.com/5cdb2ee0b102f96c3906500f/5f04ca8e5d63ea28a483908d_VP4100-2TBM28H_Sku%20Sheet_Copyable_070720.pdf, Page 1

23

ATTORNEY WORK PRODUCT
PRIVILEGED AND HIGHLY CONFIDENTIAL



|  | The E16 is built on a 28nm process node, just like the E12 before it. Actually, the E12 and E16 are very similar. Phison built the E16 on the E12's design, so features like end-to-end data protection and thermal monitoring are included. The E16 controller supports AES-256, TCG OPAL 2.0 and Pyrite encryption features as well as S.M.A.R.T. data reporting, Trim, and the Format NVMe command to securely wipe data. In essence, the controller uses the E12's back end paired with a faster PCIe 4.0 PHY, Phison's 4th Gen LDPC ECC engine, and some improved NAND IP. So, while the PHY is new, there aren't a lot of changes to compute capabilities: Most of the innovation is in the code.<br><br>Source: https://www.tomshardware.com/reviews/phison-pcie-4.0-ssd-amd-ryzen-3000,6173.html |

ATTORNEY WORK PRODUCT
PRIVILEGED AND HIGHLY CONFIDENTIAL





Source: https://www.tomshardware.com/reviews/patriot-viper-vp4100-m2-nvme-ssd



Garbage collection manages and maintains the available storage space, handling the disparity between the erase unit size (block) and the read/write unit size (page). When a previously written block is targeted for garbage collection, the valid data pages are gathered up and moved to another block on the SSD so that the block containing the old, invalid data pages can be erased. Garbage collection may wait for lulls in drive activity to initiate the process, sometimes leaving pages that are obsolete in the SSD.

SSD TRIM is complementary to garbage collection. The TRIM command enables the operating system (OS) to preemptively notify the SSD which data pages in a particular block can be erased, allowing the SSD's controller to more efficiently manage the storage space available for data. TRIM eliminates any unnecessary copying of discarded or invalid data pages during the garbage collection process to save time and improve SSD performance.

Source: https://searchstorage.techtarget.com/definition/TRIM

## Garbage Collection Helps SSDs Maintain Fast Read/Write Speeds

The goal of garbage collection is to keep as many empty blocks as possible, so that when the SSD needs to write data, it can do so without waiting for a block to be erased.

The SSD's controller looks for any pages that are no longer useful — pages that the operating system has marked as unnecessary (deleted data, modified data, and the like). It then moves useful pages to new blocks, leaving behind the old, unnecessary pages. The controller then erases the block so that it's ready for use.

Source: https://datarecovery.com/rd/garbage-collection-ssd-simple-explanation/

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [7.5] writing the | Defendant performs and induces others to perform writing the post-overwrite data in |

26

ATTORNEY WORK PRODUCT
PRIVILEGED AND HIGHLY CONFIDENTIAL



| post-overwrite data in the one data sector where the pre-overwrite data was stored together with an error detection code for the post-overwrite data. | the one data sector where the pre-overwrite data was stored together with an error detection code for the post-overwrite data. |
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, Defendant's VIPER GAMING VP4100 SSD writes a new data along with the error correction code to the erased memory block ("data sector"). |

ATTORNEY WORK PRODUCT
PRIVILEGED AND HIGHLY CONFIDENTIAL







## PATRIOT Viper Gaming VP4100 2TB M.2 2280
### PCIe Gen4 x 4 Solid State Drive

Demolish your rivals at hypersonic speed with Patriot Viper's VP4100! Assembled with Phison's powerful E16 controller to provide extraordinary dependability across graphic-heavy tasks and premium action-packed gaming sessions. With it's 2280 M.2 PCIe Gen4 x 4 interface, VP4100 is taking incredible start-up times, immediate access, and solid multitasking to the next phase of SSD evolution.

Advance your gameplay and obliterate the final boss in slick style with VP4100's maximized reliable, low-profile, easy-to-install PCIe solid state drive. The dynamic external thermal sensor provides exact temperature reports for exceptional performance and dominating efficiency throughout intensive gaming marathons and insane workloads.

Supported by Patriot's 5 year warranty, VP4100 is also compatible with the latest Windows® operating systems, 7*/8.0*/8.1/10. The ultimate upgrade you can trust with for turbo speed and excellent performance to increase your strategic edge up the competitive ranks.

## PRODUCT INFORMATION

| | |
|---|---|
| PATRIOT INV. NUMBER: | VP4100-2TBM28H |
| DESCRIPTION: | VP4100 2TB M.2 2280 PCIe Gen4 x 4 SSD |
| CERTIFICATIONS/SAFETY: | CE/FCC/RoHS |
| PRODUCT WARRANTY: | 5 Year Warranty |
| UNIT UPC: | 0814914026311 |
| UNIT WEIGHT: | 0.05 lbs / 25 gm |
| UNIT DIMENSIONS: | 3.15"(L) x 0.87"(W) x 0.51"(H)  8 cm(L) x 2.2 cm(W) x 0.8 cm(H) |
| PACKAGING TYPE: | Retail Box |
| PACKAGING WEIGHT: | 0.09 lbs / 45 gm |

## FEATURES:

- Phison E16 Series Controller
- 2280 M.2 PCIe Gen4 x 4, NVMe 1.3
- DRAM Cache: 2GB
- External Thermal sensor
- Low profile heatshield design
- Advanced Wear Leveling
- Operating Temperature: 0 – 70°C
- TBW: 3600TB
- 4K Aligned Random Read: up to 800K IOPs
- 4K Aligned Random Write: up to 800K IOPs
- Sequential Read (ATTO): up to 4,700MB/s
- Sequential Write (ATTO): up to 4,200MB/s
- Sequential Read (CDM): up to 5,000MB/s

Source:
https://assets.website-files.com/5cdb2ee0b102f96c3906500f/5f04ca8e5d63ea28a483908d_VP4100-2TBM28H_Sku%20Sheet_Copyable_070720.pdf, Page 1

ATTORNEY WORK PRODUCT
PRIVILEGED AND HIGHLY CONFIDENTIAL



| | |
|---|---|
| | The E16 is built on a 28nm process node, just like the E12 before it. Actually, the E12 and E16 are very similar. Phison built the E16 on the E12's design, so features like end-to-end data protection and thermal monitoring are included. The E16 controller supports AES-256, TCG OPAL 2.0 and Pyrite encryption features as well as S.M.A.R.T. data reporting, Trim, and the Format NVMe command to securely wipe data. In essence, the controller uses the E12's back end paired with a faster PCIe 4.0 PHY, Phison's 4th Gen LDPC ECC engine, and some improved NAND IP. So, while the PHY is new, there aren't a lot of changes to compute capabilities: Most of the innovation is in the code.<br><br>Source: https://www.tomshardware.com/reviews/phison-pcie-4.0-ssd-amd-ryzen-3000,6173.html |

29

ATTORNEY WORK PRODUCT
PRIVILEGED AND HIGHLY CONFIDENTIAL





Source: https://www.tomshardware.com/reviews/patriot-viper-vp4100-m2-nvme-ssd

ATTORNEY WORK PRODUCT
PRIVILEGED AND HIGHLY CONFIDENTIAL





Source:       https://www.phison.com/en/technologies-gen4/pcie-gen4-awareness/1149-ps5016-e16

ATTORNEY WORK PRODUCT
PRIVILEGED AND HIGHLY CONFIDENTIAL



Garbage collection manages and maintains the available storage space, handling the disparity between the erase unit size (block) and the read/write unit size (page). When a previously written block is targeted for garbage collection, the valid data pages are gathered up and moved to another block on the SSD so that the block containing the old, invalid data pages can be erased. Garbage collection may wait for lulls in drive activity to initiate the process, sometimes leaving pages that are obsolete in the SSD.

SSD TRIM is complementary to garbage collection. The TRIM command enables the operating system (OS) to preemptively notify the SSD which data pages in a particular block can be erased, allowing the SSD's controller to more efficiently manage the storage space available for data. TRIM eliminates any unnecessary copying of discarded or invalid data pages during the garbage collection process to save time and improve SSD performance.

Source: https://searchstorage.techtarget.com/definition/TRIM

## Garbage Collection Helps SSDs Maintain Fast Read/Write Speeds

The goal of garbage collection is to keep as many empty blocks as possible, so that when the SSD needs to write data, it can do so without waiting for a block to be erased.

The SSD's controller looks for any pages that are no longer useful — pages that the operating system has marked as unnecessary (deleted data, modified data, and the like). It then moves useful pages to new blocks, leaving behind the old, unnecessary pages. The controller then erases the block so that it's ready for use.

Source: https://datarecovery.com/rd/garbage-collection-ssd-simple-explanation/

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.



# 3. List of References

1. VIPER GAMING VP4100 SSD, https://store.patriotmemory.com/collections/solid-state-drives/products/vp4100-m-2-2280-pcie-gen4-x-4-solid-state-drive?variant=16428373114929, last accessed on August 04, 2021
2. VIPER GAMING VP4100 SSD Datasheet, https://assets.website-files.com/5cdb2ee0b102f96c3906500f/5f04ca8e5d63ea28a483908d_VP4100-2TBM28H_Sku%20Sheet_Copyable_070720.pdf,  last accessed on August 04, 2021
3. TRIM in VIPER GAMING VP4100 SSD Link 1, https://www.tomshardware.com/reviews/phison-pcie-4.0-ssd-amd-ryzen-3000,6173.html, last accessed on August 04, 2021
4. TRIM in VIPER GAMING VP4100 SSD Link 2, https://www.tomshardware.com/reviews/patriot-viper-vp4100-m2-nvme-ssd, last accessed on August 04, 2021
5. LDPC ECC Engine in E16 Series Controller, https://www.phison.com/en/technologies-gen4/pcie-gen4-awareness/1149-ps5016-e16, last accessed on August 04, 2021
6. How TRIM works, https://searchstorage.techtarget.com/definition/TRIM, last accessed on August 04, 2021
7. How Garbage Collection works, https://datarecovery.com/rd/garbage-collection-ssd-simple-explanation/, last accessed on August 04, 2021