# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Digital Cache, LLC,** | Case No. 1:21-cv-01166-LPS |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Patriot Memory, LLC,** | |
| Defendant. | |

## UNOPPOSED MOTION TO EXTEND TIME

Plaintiff and Defendant are currently exploring a potential settlement of the above-entitled matter. Plaintiff, at the request of Defendant, respectfully moves this Court to extend the deadline for Defendant to answer, move or otherwise respond to the Complaint filed in this matter until and including November 8, 2021.

Dated: October 7, 2021

Respectfully submitted,

/s/ David W. deBruin (#4846)
David W. deBruin (#4846)
Gawthrop Greeenwood, PC
3711 Kennett Pike, Suite 100
Wilmington, DE 19807
(302) 777-5353
ddebruin@gawthrop.com

Isaac Rabicoff
Rabicoff Law LLC
(*Pro hac vice* application forthcoming)
5680 King Centre Dr, Suite 645
Alexandria, VA 22315
7736694590
isaac@rabilaw.com
**Counsel for Plaintiff**
**Digital Cache, LLC**

SO ORDERED this _____ day of October, 2021.

_____
HONORABLE LEONARD P. STARK